NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Sandra A. Crawshaw-Sparks (State Bar No. 291101)
Jennifer L. Jones (State Bar No. 284624)
PROSKAUER ROSE LLP
2049 Century Park East, Suite 3200
Los Angeles, California 90067-3206
(310) 557-2900

ATTORNEY(S) FOR: National Academy of Recording Arts & Sciences

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ACADEMY OF RECORDING ARTS & SCIENCES, INC.<br><br>Plaintiff(s),<br>v.<br>HOLLYWOOD ENTERTAINMENT GROUP LLC, d/b/a VIP CONCIERGE, INC.; and CRAIG BANASZEWSKI<br><br>Defendant(s) | CASE NUMBER:<br><br>2:15-cv-594<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   National Academy of Recording Arts & Sciences, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| National Academy of Recording Arts & Sciences, Inc. | Plaintiff |
| Hollywood Entertainment Group LLC d/b/a VIP Concierge, Inc. | Defendant |
| Craig Banaszewski | Defendant |

| | |
|---|---|
| January 27, 2014 | /s/ Jennifer L. Jones |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff National Academy of Recording Arts & Sciences, Inc.