| | |
|---|---|
| 1 | Sandra A. Crawshaw-Sparks, SBN 291101 |
| | <scrawshaw@proskauer.com> |
| 2 | Jennifer L. Jones, SBN 284624 |
| | <jljones@proskauer.com> |
| 3 | Tracey L. Silver, SBN 287745 |
| | <tsilver@proskauer.com> |
| 4 | PROSKAUER ROSE LLP |
| | 2049 Century Park East, 32nd Floor |
| 5 | Los Angeles, CA  90067-3206 |
| | Telephone:     (310) 557-2900 |
| 6 | Facsimile:      (310) 557-2193 |
| 7 | Attorneys for Plaintiff |
| | National Academy of Recording Arts & |
| 8 | Sciences, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATIONAL ACADEMY OF RECORDING ARTS & SCIENCES, INC., a Delaware corporation, | ) ) ) ) | Case No.  2:15-cv-594-MMM-MAN |
| Plaintiff, | ) ) | **DECLARATION OF ANN MECKELBORG IN SUPPORT OF THE NATIONAL ACADEMY OF RECORDING ARTS & SCIENCES, INC.'S UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO TAKE EXPEDITED DISCOVERY** |
| v. | ) ) ) | |
| HOLLYWOOD ENTERTAINMENT GROUP LLC, a Nevada Limited Liability Company, d/b/a VIP CONCIERGE, INC.; and CRAIG BANASZEWSKI, an individual, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**DECLARATION OF ANN MECKELBORG IN SUPPORT OF *EX PARTE* APPLICATION**

# DELCARATION OF ANN MECKELBORG

I, Ann Meckelborg, declare as follows:

1. I am the Corporate Secretary for plaintiff National Academy of Recording Arts and Sciences, Inc. ("The Recording Academy®"). I make this declaration of my personal and first-hand knowledge and, if called and sworn as a witness, I could and would testify competently hereto. I make this declaration in support of The Recording Academy's Unopposed *Ex Parte* Application for Leave to Take Expedited Discovery.

2. The Recording Academy has for more than 50 years represented the individuals who contribute to the creation and exploitation of recorded music, including recording artists, musicians, songwriters and record producers.

3. Among other activities, The Recording Academy presents the GRAMMY® Awards, the only peer-presented awards that honor artistic achievement in the music industry.

4. This year the 57th Annual GRAMMY Awards ceremony will be conducted on February 8, 2015.

5. The Recording Academy's GRAMMY Awards ceremony telecast attracts approximately 25 million viewers in the United States and approximately 600 million viewers in the rest of the world. The biggest names in the entertainment world attend the ceremony. The Recording Academy offers tickets on a restricted basis only to their dues-paying members and to nonmember grantees such as The Recording Academy's promotional and sponsorship partners. Tickets to the GRAMMY Awards ceremony are not for sale to the general public.

6. Each ticket to the GRAMMY Awards ceremony issued by The Recording Academy is, on its face, nontransferable except in a manner specifically authorized in writing by The Recording Academy. The admonition on the tickets states: "This ticket is not transferable …. Tickets transferred or re-sold without permission will be revoked and their bearers deemed trespassers." Each ticket

transferred or sold without such permission is void.

7. Each member of The Recording Academy who is offered the opportunity to buy a limited number of tickets is required to sign and submit an Academy Member Order Form that contains the following language:

> These tickets are not transferable and require your personal attendance along with your guest.
>
> …
>
> **PLEASE READ THE FOLLOWING AND SIGN BELOW**. Tickets to Recording Academy events, including but not limited to the GRAMMY Awards, are for use by the account holder and its invited guest(s) only, are not transferable by account holder or any of its invited guests, and may not be sold, otherwise transferred or used for any other purpose, including promotional, commercial, advertising, or other trade purposes, without the express written consent of The Recording Academy. Tickets sold, otherwise transferred or used in violation of this policy shall be deemed revoked and void, and their bearers deemed trespassers at all Recording Academy events. By accepting delivery of tickets, the account holder and its guests are bound by this Ticket Policy and the account holder agrees to inform with due diligence all of its invited guests of the terms of this Ticket Policy. The Recording Academy reserves all legal rights and remedies. Your signature below is evidence of your agreement to comply with this Ticket Policy.

Comparable restrictions govern the distribution of tickets to The Recording Academy's nonmember invitees, including under authorized promotional and

1 sponsorship programs.

2     8.    To further emphasize the strict prohibition against unauthorized
3 transfer or sale, the Order Confirmation sent to each invitee who ordered
4 GRAMMY Awards tickets contains the following language:

> **TICKETS ARE NOT TRANSFERABLE**
>
> Tickets to Recording Academy® events, including but not limited to the GRAMMY Awards, are for use by the account holder and its invited guest(s) only, are not transferable by account holder or any of its invited guests, and may not be sold, otherwise transferred or used for any other purpose, including promotional, commercial, advertising, or other trade purposes, without the express written consent of The Recording Academy. Tickets sold, otherwise transferred or used in violation of this policy shall be deemed revoked and void, and their bearers deemed trespassers at all Recording Academy events. **By accepting delivery of tickets, the account holder and its guests are bound by this Ticket Policy and the account holder agrees to inform with due diligence all of its invited guests of the terms of this Ticket Policy.** The Recording Academy reserves all legal rights and remedies.

23     9.    To further emphasize the strict prohibition against unauthorized
24 transfer or sale, when an invitee of The Recording Academy, or its designee, picks
25 up the GRAMMY Awards tickets from The Recording Academy, the invitee is
26 required to sign a Ticket Release Form and place the invitee's initials next to the
27 following language:

4

**DECLARATION OF ANN MECKELBORG IN SUPPORT OF *EX PARTE* APPLICATION**

**TICKETS ARE NON-TRANSFERABLE**

I understand that tickets to Recording Academy events, including but not limited to the GRAMMY Awards, are for use by the account holder and its invited guest(s) only, are not transferable by account holder or any of its invited guests, and may not be sold, otherwise transferred or used for any other purpose, including promotional, commercial, advertising, or other trade purposes, without the express written consent of The Recording Academy. Tickets sold, otherwise transferred or used in violation of this policy shall be deemed revoked and void, and their bearers deemed trespassers at all Recording Academy events. **By accepting delivery of tickets, the account holder and its guests are bound by this Ticket Policy and the account holder agrees to inform with due diligence all of its invited guests of the terms of this Ticket Policy.** The Recording Academy reserves all legal rights and remedies.

10. To further emphasize the strict prohibition against unauthorized transfer or sale, when an invitee picks up GRAMMY Awards tickets from The Recording Academy, the tickets are in an envelope with an affixed label that states:

GRAMMY® Awards tickets are for use by the account holder and its invited guest(s) only, are not transferable, and may not be sold or used for any other trade purposes without the express written consent of The Recording Academy.® Tickets used in violation of this policy shall be deemed revoked and void, and their bearers deemed trespassers. The Recording Academy reserves all legal

rights and remedies.

11. To further emphasize the strict prohibition against unauthorized transfer or sale, the following language appears on each GRAMMY Awards ticket:

> This ticket is a revocable license intended for use only by the original purchaser and purchaser's invited guest(s) ("Holder"). This ticket may not be transferred or resold and the rights granted herein may not be assigned. No promotional, commercial, advertising or other trade use of this ticket may be made without the prior express written consent of The Recording Academy®. Tickets obtained from unauthorized sources or in contravention of the terms and conditions of this ticket or applicable law will not be honored, and their holders shall be deemed trespassers.
>
> …
>
> The violation or breach of any of the terms set forth above will automatically terminate this license and shall render the use of this ticket by the Holder for any purpose illegal and unauthorized.

12. The Recording Academy pays to use the Staples Center as a private venue for the 57th Annual GRAMMY Awards ceremony, and has hired private security to ensure the safety of this private event for all authorized ticketholders.

13. The Recording Academy had neither invited, nor otherwise provided tickets to the 57th Annual GRAMMY Awards ceremony to defendants, yet The Recording Academy has learned that defendants have offered for sale and/or sold at least eleven tickets to the 57th Annual GRAMMY Awards ceremony, scheduled for February 8, 2015, on www.thevipconcierge.com.

14. The Recording Academy takes the sanctity of the annual GRAMMY

Awards seriously, and will eject or bar from entry any unauthorized ticketholders.

15. The attempt of unauthorized ticketholders to gain entry into this exclusive event causes harm to The Recording Academy's goodwill and reputation.

16. Moreover, The Recording Academy desires to spare unwitting members of the public who have purchased unauthorized tickets through www.thevipconcierge.com, the embarrassment and monetary harm of showing up to this event only to be turned away, after having spent thousands of dollars on invalid tickets, awards show attire, travel and other expenses.

17. For the foregoing reasons, The Recording Academy requests the expedited discovery referenced in this application in order to minimize the harm to The Recording Academy, and the unauthorized ticketholders, caused as a result of Defendants' unlawful conduct.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 29, 2015, at Los Angeles, California.

_____
Ann Meckelborg