Sandra A. Crawshaw-Sparks, SBN 291101
<scrawshaw@proskauer.com>
Jennifer L. Jones, SBN 284624
<jljones@proskauer.com>
Tracey L. Silver, SBN 287745
<tsilver@proskauer.com>
PROSKAUER ROSE LLP
2049 Century Park East, 32nd Floor
Los Angeles, CA  90067-3206
Telephone:    (310) 557-2900
Facsimile:    (310) 557-2193

Attorneys for Plaintiff
National Academy of Recording Arts &
Sciences, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ACADEMY OF RECORDING ARTS & SCIENCES, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>HOLLYWOOD ENTERTAINMENT GROUP LLC, a Nevada Limited Liability Company, d/b/a VIP CONCIERGE, INC.; and CRAIG BANASZEWSKI, an individual,<br><br>        Defendants. | Case No. 2:15-cv-594-MMM-MAN<br><br>**[PROPOSED] ORDER GRANTING THE NATIONAL ACADEMY OF RECORDING ARTS & SCIENCES, INC.'S UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO TAKE EXPEDITED DISCOVERY** |

**[PROPOSED] ORDER GRANTING THE RECORDING ACADEMEY'S *EX PARTE* APPLICATION**

# [PROPOSED] ORDER

Plaintiff National Academy of Recording Arts & Sciences, Inc. ("The Recording Academy®"), having filed its Unopposed *Ex Parte* Application for Leave to Take Expedited Discovery (the "Application"), the Court having considered the Application, the papers in support thereof, and good cause appearing, the Court ORDERS that:

The Recording Academy's Application is hereby GRANTED:

1. The Recording Academy may, upon two (2) business days' notice, take the deposition of Defendant Hollywood Entertainment Group LLC (pursuant to *Federal Rules of Civil Procedure* 30(b)(6)), and serve the document requests attendant to the deposition, as set forth in the deposition notice attached as Exhibit D to the January 29, 2015 Declaration of Jennifer L. Jones ("Jones Declaration").

2. Based upon the agreement of the parties, as more fully set forth in Exhibit C to the Jones Declaration, the deposition shall proceed on February 5, 2015 at 10:00 a.m. at the law offices of Plaintiff's counsel, Proskauer Rose LLP, in Los Angeles, the deposition be limited to the categories set forth in the Exhibit D to the Jones Declaration, and be limited to no more than three hours.

3. Any documents responsive to the document requests in Exhibit D to the Jones Declaration shall be produced at the law offices of Plaintiff's counsel, Proskauer Rose LLP, in Los Angeles not later than February 4, 2015 at 10:00 a.m.

//
//
//
//
//
//
//
//

4. Leave to take the aforementioned limited discovery is without prejudice to the right of The Recording Academy to take additional deposition and document discovery as otherwise allowed by the Federal Rules of Civil Procedure and the Local Rules of this Court of the same parties, individuals and entities and additional discovery of other parties, individuals and entities in this matter pursuant to regularly-noticed discovery practice.

IT IS SO ORDERED.

DATED: _____, 2015

_____
Hon. Margaret A. Nagle
United States Magistrate Judge