|   |   |
|---|---|
| 1 | Sandra A. Crawshaw-Sparks, SBN 291101<br><scrawshaw@proskauer.com> |
| 2 | Jennifer L. Jones, SBN 284624<br><jljones@proskauer.com> |
| 3 | Tracey L. Silver, SBN 287745<br><tsilver@proskauer.com> |
| 4 | PROSKAUER ROSE LLP<br>2049 Century Park East, 32nd Floor |
| 5 | Los Angeles, CA 90067-3206<br>Telephone: (310) 557-2900 |
| 6 | Facsimile: (310) 557-2193 |
| 7 | Attorneys for Plaintiff<br>National Academy of Recording Arts & |
| 8 | Sciences, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NATIONAL ACADEMY OF RECORDING ARTS & SCIENCES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOLLYWOOD ENTERTAINMENT GROUP LLC, a Nevada Limited Liability Company, d/b/a VIP CONCIERGE, INC.; and CRAIG BANASZEWSKI, an individual,<br><br>Defendants. | Case No. 2:15-cv-594-MMM-MAN<br><br>**PROOF OF SERVICE:**<br><br>**(1) [PROPOSED] ORDER GRANTING THE RECORDING ACADEMY'S UNOPPOSED *EX PARTE* APPLICATION**<br><br>**(2) PLAINTIFF'S UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO TAKE EXPEDITED DISCOVERY**<br><br>**(3) DECLARATION OF JENNIFER L. JONES IN SUPPORT OF UNOPPOSED *EX PARTE* APPLICATION**<br><br>**(4) DECLARATION OF ANN MECKELBORG IN SUPPORT OF UNOPPOSED *EX PARTE* APPLICATION** |
|---|---|

**PROOF OF SERVICE**

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that: I am employed in the county of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On January 29, 2015 I served the forgoing documents, described as:

*(1) [PROPOSED] ORDER GRANTING THE RECORDING ACADEMY'S UNOPPOSED EX PARTE APPLICATION; (2) PLAINTIFF'S UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO TAKE EXPEDITED DISCOVERY; (3) DECLARATION OF JENNIFER L. JONES IN SUPPORT OF UNOPPOSED EX PARTE APPLICATION; and (4) DECLARATION OF ANN MECKELBORG IN SUPPORT OF UNOPPOSED EX PARTE APPLICATION*

☒ by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:
*Lawrence Segal*
*Segal Law Group*
*9595 Wilshire Boulevard, Suite 201*
*Beverly Hills, CA 90212-2504*

☐ (By Mail) I am "readily familiar" with the Firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (By Fax) By transmitting a true and correct copy thereof via facsimile transmission.

☐ (By Email) By transmitting true and correct copies thereof by electronic transmission

☒ (By Personal Service)
   ☐ By personally delivering such envelope to the addressee.

   ☒ By causing such envelope to be delivered by messenger to the office of the addressee.

☐ By causing such envelope to be delivered by the office of the addressee by OVERNIGHT DELIVERY via Federal Express or by other similar overnight delivery service.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am a member of the bar of this court and direct this service to be made.

Executed on January 29, 2015 at Los Angeles, California.

| Jennifer L. Jones | /s/Jennifer L. Jones |
|---|---|
| Type or Print Name | Signature |

2
**PROOF OF SERVICE**