1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ACADEMY OF RECORDING ARTS & SCIENCES, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>HOLLYWOOD ENTERTAINMENT GROUP LLC, a Nevada Limited Liability Company, d/b/a VIP CONCIERGE, INC.; and CRAIG BANASZEWSKI, an individual,<br><br>             Defendants. | Case No. 2:15-cv-00594 MMM (MANx)<br><br>[~~PROPOSED~~] ORDER ENTERING STIPULATED PRELIMINARY INJUNCTION AND SETTING TIME FOR DEFENDANT CRAIG BANASZEWSKI'S DEPOSITION |

THIS MATTER comes before the Court upon the Stipulation of Plaintiff National Academy of Recording Arts & Sciences, Inc. ("The Recording Academy®" or "Plaintiff") and defendants Hollywood Entertainment Group LLC d/b/a VIP Concierge, Inc. and Craig Banaszewski ("VIP Concierge" and "Banaszewski," collectively "Defendants") for entry of a stipulated preliminary injunction order ("Order"). Plaintiff and Defendants may be referred to herein as the "Parties."

Having considered the Complaint, Answer and the Stipulation of the Parties in this action, the Court finds that:

1. The Parties have stipulated and agreed to the entry of this Order.
2. In agreeing to this Order, Defendants do not admit wrongdoing or violation of law.
3. The Defendants waive all rights to seek judicial review or otherwise challenge or contest the validity of their Stipulation hereto or this Order.
4. This Court has jurisdiction over the subject matter of this case and over all parties hereto, and venue in this district is proper.
5. The entry of this Order is in the public interest.
6. Pursuant to the Parties' agreement, no security shall be required for the issuance of this Order.

## ORDER

**IT IS THEREFORE ORDERED** that, Defendants, and each of Defendants' respective agents, servants, employees, successors and assigns, and all those acting in concert or participation with any such persons, are hereby preliminarily enjoined and through trial from engaging in, or assisting others in engaging in, the following conduct:

   a. Purchasing, selling or transferring, attempting to purchase, sell or transfer or soliciting the purchase, sale or transfer of, any ticket, badge, credential or anything entitling access to any future

1

[PROPOSED] ORDER REGARDING PRELIMINARY INJUNCTION AND TIMING OF DEPOSITION OF DEFENDANT CRAIG BANASZEWSKI (CASE NUMBER 2:15-cv-00594 MMM (MANx))

Error! Unknown document property

GRAMMY Awards ceremony of The Recording Academy, restricted members only seating at the Latin GRAMMY Awards ceremony of the Latin Academy of Recording Arts & Sciences, Inc. ("The Latin Recording Academy"), and/or the following private pre- and post-ceremony events sponsored by or affiliated with The Recording Academy, The Latin Recording Academy, the GRAMMY Foundation and/or the MusiCares Foundation:  The Recording Academy's official GRAMMY after-party, The Latin Recording Academy's official Latin GRAMMY after-party, the MusiCares Person of the Year event, the Clive Davis pre-GRAMMY Awards party (also known as the pre-GRAMMY Gala), the Entertainment Law Initiative Luncheon, the Music Preservation Project event, GRAMMY Camp – Basic Training, the Special Merit Awards Ceremony & Nominees Reception, and restricted members-only seating at GRAMMY Salute or other GRAMMY-branded special events;

b. Offering to perform, attempting to perform, or performing any act as an intermediary, broker or middleman relating to the purchase, sale or transfer of tickets, badges, credentials or anything entitling access to any future GRAMMY Awards ceremony of The Recording Academy, restricted members only seating at the Latin GRAMMY Awards ceremony of The Latin Recording Academy, and/or the following private pre- and post-ceremony events sponsored by or affiliated with The Recording Academy, The Latin Recording Academy, the GRAMMY Foundation and/or the MusiCares Foundation:  The Recording Academy's official GRAMMY after-party, The Latin Recording Academy's official Latin GRAMMY

2

Error! Unknown document property

after-party, the MusiCares Person of the Year event, the Clive Davis pre-GRAMMY Awards party (also known as the pre-GRAMMY Gala), the Entertainment Law Initiative Luncheon, the Music Preservation Project event, GRAMMY Camp – Basic Training, the Special Merit Awards Ceremony & Nominees Reception, and restricted members-only seating at GRAMMY Salute or other GRAMMY-branded special events;

c. Advertising or publishing any offer to purchase, sell, transfer or broker, or to otherwise act as an intermediary, broker or middleman, relating to the purchase, sale or transfer of tickets, badges, credentials or anything entitling access to any future GRAMMY Awards ceremony of The Recording Academy, restricted members only seating at the Latin GRAMMY Awards ceremony of The Latin Recording Academy, and/or the following private pre- and post-ceremony events sponsored by or affiliated with The Recording Academy, The Latin Recording Academy, the GRAMMY Foundation and/or the MusiCares Foundation:  The Recording Academy's official GRAMMY after-party, The Latin Recording Academy's official Latin GRAMMY after-party, the MusiCares Person of the Year event, the Clive Davis pre-GRAMMY Awards party (also known as the pre-GRAMMY Gala), the Entertainment Law Initiative Luncheon, the Music Preservation Project event, GRAMMY Camp – Basic Training, the Special Merit Awards Ceremony & Nominees Reception, and restricted members-only seating at GRAMMY Salute or other GRAMMY-branded special events;

3

     d. Gaining or attempting to gain unauthorized access to any future GRAMMY Awards ceremony of The Recording Academy or restricted members only seating at the Latin GRAMMY Awards ceremony of The Latin Recording Academy, and/or the following private pre- and post-ceremony events sponsored by or affiliated with The Recording Academy, The Latin Recording Academy, the GRAMMY Foundation and/or the MusiCares Foundation:  The Recording Academy's official GRAMMY after-party, The Latin Recording Academy's official Latin GRAMMY after-party, the MusiCares Person of the Year event, the Clive Davis pre-GRAMMY Awards party (also known as the pre-GRAMMY Gala), the Entertainment Law Initiative Luncheon, the Music Preservation Project event, GRAMMY Camp – Basic Training, the Special Merit Awards Ceremony & Nominees Reception, and restricted members-only seating at GRAMMY Salute or other GRAMMY-branded special events;

     e. Participating in, aiding or facilitating, or attempting to participate in, aid or facilitate, any effort by any person to gain unauthorized access to any future GRAMMY Awards ceremony of The Recording Academy, restricted members only seating at the Latin GRAMMY Awards ceremony of The Latin Recording Academy, and/or the following private pre- and post-ceremony events sponsored by or affiliated with The Recording Academy, The Latin Recording Academy, the GRAMMY Foundation and/or the MusiCares Foundation:  The Recording Academy's official GRAMMY after-party, The Latin Recording Academy's official Latin GRAMMY after-party, the MusiCares Person of the Year

4

Error! Unknown document property

event, the Clive Davis pre-GRAMMY Awards party (also known as the pre-GRAMMY Gala), the Entertainment Law Initiative Luncheon, the Music Preservation Project event, GRAMMY Camp – Basic Training, the Special Merit Awards Ceremony & Nominees Reception, and restricted members-only seating at GRAMMY Salute or other GRAMMY-branded special events;

f. Receiving any compensation, whether in money, in kind or otherwise, for any of the acts described in paragraphs (a) through (e) above;

g. Using or displaying for any purpose any registered mark, or any depiction, image, photograph, picture, illustration or other visual representation containing any registered mark, which is owned by The Recording Academy, The Latin Recording Academy and/or any of their respective affiliates, including without limitation the GRAMMY Foundation and/or the MusiCares Foundation, and which is specified (i) at ¶ 35 of the Complaint in this action (the MUSIC'S BIGGEST NIGHT mark); (ii) at ¶ 36 of the Complaint in this action (the Gramophone Logo, the registration of which is Exhibit G to the Complaint); and/or (iii) on Exhibit 1 attached to the Order Entering Stipulated Preliminary Injunction and Setting Time for Defendant Craig Banaszewski's Deposition; and

h. Using or displaying for any purpose any copyright-protected material, or any depiction, image, photograph, picture, illustration or other visual representation containing any copyright-protected material, which is owned by The Recording Academy, The Latin Recording Academy and/or any of their respective affiliates, including without limitation the GRAMMY Foundation and/or the

5

MusiCares Foundation, and which is specified (i) at ¶ 37 of the Complaint in this action (the Gramophone Logo); or (ii) at ¶ 39 of the Complaint in this action (the GRAMMY Photographs, which are Exhibits H, I, J, K, L and M to the Complaint).

For the avoidance of doubt and the purpose of clarification (and it being understood that Plaintiff reserves all rights with respect to the following activities), nothing contained herein shall prohibit Defendants (and/or any of Defendants' respective agents, servants, employees, successors and assigns, or those acting in concert or participation with any such persons) from:

i. Engaging in any of the acts described in paragraphs (a) through (f) above with respect to seating at the Latin GRAMMY Awards ceremony of the Latin Recording Academy, which is not restricted members-only seating;

ii. Using or displaying the words "Latin GRAMMY Awards" to engage in the acts described in paragraph (i) above; and/or

iii. Engaging in any of the acts described in paragraphs (a) through (f) above with respect to events not enumerated therein.

**IT IS FURTHER ORDERED** that the deposition of Defendant Craig Banaszewski shall commence, at a mutually agreed time, on or within three days of February 9, 2016 (and shall continue day to day until complete); provided, however, that in the event Defendant Banaszewski submits a declaration, affidavit or other sworn statement in this matter prior to February 9, 2016, Defendants shall be entitled to depose Mr. Banaszewski prior to February 9, 2016 regarding the matters relating thereto.

//
//
//
//

6

[PROPOSED] ORDER REGARDING PRELIMINARY INJUNCTION AND TIMING OF DEPOSITION OF DEFENDANT CRAIG BANASZEWSKI (CASE NUMBER 2:15-cv-00594 MMM (MANx))

Error! Unknown document property

1    **IT IS FURTHER ORDERED** that this Court shall retain jurisdiction of this
2    matter for all purposes of construction, modification, and enforcement of this Order.
3    **The court permits Banaszewski's deposition to be taken after the fact**
4    **discovery cut off date of January 15, 2016. It will not permit any other**
5    **discovery to occur after January 15, 2016, however, unless the parties file a**
6    **request that demonstrates good cause to amend the scheduling order**.

DATED: July 23, 2015

_____
Hon. Margaret M. Morrow
United States District Judge

7

[PROPOSED] ORDER REGARDING PRELIMINARY INJUNCTION AND TIMING OF DEPOSITION OF DEFENDANT CRAIG BANASZEWSKI (CASE NUMBER 2:15-cv-00594 MMM (MANx))

Error! Unknown document property