```
 1  Sandra A. Crawshaw-Sparks, SBN 291101
    <scrawshaw@proskauer.com>
 2  Jennifer L. Jones, SBN 284624
    <jljones@proskauer.com>
 3  Tracey L. Silver, SBN 287745
    <tsilver@proskauer.com>
 4  PROSKAUER ROSE LLP
    2049 Century Park East, 32nd Floor
 5  Los Angeles, CA  90067-3206
    Telephone:    (310) 557-2900
 6  Facsimile:    (310) 557-2193

 7  Attorneys for Plaintiff
    National Academy of Recording
 8  Arts & Sciences, Inc.

 9  SEGAL LAW GROUP
    Lawrence Segal (SBN 101339)
10  <lawrence@legalsegal.com>
    Andrew D. Shupe (SBN 240635)
11  <andrew@legalsegal.com>
    9595 Wilshire Boulevard, Suite 201
12  Beverly Hills, CA  90212-2504
    Telephone:    (310) 550-4840
13  Facsimile:    (310) 550-4848

14  Attorneys for Defendants
    Entertainment Group LLC, d/b/a VIP
15  Concierge, Inc. and Craig Banaszewski
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ACADEMY OF RECORDING ARTS & SCIENCES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOLLYWOOD ENTERTAINMENT GROUP LLC, a Nevada Limited Liability Company, d/b/a VIP CONCIERGE, INC.; and CRAIG BANASZEWSKI, an individual,<br><br>Defendants. | Case No. 2:15-cv-00594 JFW (AFMx)<br><br>STIPULATION REGARDING PERMANENT INJUNCTION AGAINST DEFENDANTS AND DISMISSAL WITH PREJUDICE OF THE ACTION |

STIPULATION REGARDING PERMANENT INJUNCTION AGAINST DEFENDANTS AND DISMISSAL WITH PREJUDICE OF THE ACTION (CASE NUMBER 2:15-cv-00594 JFW (AFMx))

WHEREAS, plaintiff National Academy of Recording Arts & Sciences, Inc. ("The Recording Academy®" or "Plaintiff") filed a Complaint on or about January 27, 2015, asserting, among other things, that defendants Hollywood Entertainment Group LLC d/b/a VIP Concierge, Inc. and Craig Banaszewski ("VIP Concierge" and "Banaszewski," collectively "Defendants"), without The Recording Academy's authorization or consent, advertised for sale and sold non-transferable tickets to the 57th Annual GRAMMY® Awards ceremony and used The Recording Academy's protected intellectual property in its advertising to accomplish such sales;

WHEREAS, the parties have resolved this litigation through the terms of a written agreement, which calls for the entry of a permanent injunction and dismissal of the action *with prejudice*, in the form accompanying this Stipulation (the "Order");

WHEREAS, Defendants waive all rights to seek judicial review or otherwise challenge or contest the validity of this Stipulation and/or the Order;

WHEREAS, the parties agree that each party shall bear its/his own costs and attorneys' fees for this action;

WHEREAS, the Parties agree that this Court has jurisdiction over the subject matter of this case and over all the parties hereto and that venue in this district is proper; and

WHEREAS, the Parties agree that entry of the accompanying Order is in the public interest.

NOW, THEREFORE, The Recording Academy, VIP Concierge, and Banaszewski (collectively, the "Parties") hereby stipulate and agree to entry of the accompanying Order with the following terms:

PERMANENT INJUNCTION

1. Defendants, and each of Defendants' respective officers, agents, servants, employees, successors and assigns, and all those acting in concert or

1

STIPULATION REGARDING PERMANENT INJUNCTION AGAINST DEFENDANTS AND DISMISSAL WITH PREJUDICE OF THE ACTION (CASE NUMBER 2:15-cv-00594 JFW (AFMx))

1  participation with any such persons, including any company owned or
2  controlled (now or in the future) by Craig Banaszewski, are hereby
3  PERMANENTLY enjoined from engaging in, or assisting others in
4  engaging in, the following conduct:
5      a. Purchasing, selling or transferring, attempting to purchase, sell or
6         transfer or soliciting the purchase, sale or transfer of, any ticket,
7         badge, credential or anything entitling access to any future
8         GRAMMY Awards ceremony of The Recording Academy,
9         restricted members-only seating at the Latin GRAMMY Awards
10        ceremony of Latin Academy of Recording Arts & Sciences, Inc.
11        ("The Latin Recording Academy"), and/or the following private
12        pre- and post-ceremony events sponsored by or affiliated with The
13        Recording Academy, The Latin Recording Academy, The
14        GRAMMY Foundation and/or the MusiCares Foundation:  The
15        Recording Academy's official GRAMMY after-party, The Latin
16        Recording Academy's official Latin GRAMMY after-party, the
17        MusiCares Person of the Year event, the Clive Davis pre-
18        GRAMMY Awards party (also known as the Pre-GRAMMY Gala),
19        the Entertainment Law Initiative Luncheon, the Music Preservation
20        Project event, GRAMMY Camp – Basic Training, the Special Merit
21        Awards Ceremony & Nominees Reception, and restricted members-
22        only seating at GRAMMY Salute or other GRAMMY-branded
23        special events;
24     b. Offering to perform, attempting to perform, or performing any act as
25        an intermediary, broker or middleman relating to the purchase, sale
26        or transfer of tickets, badges, credentials or anything entitling access
27        to any future GRAMMY Awards ceremony of The Recording
28

2

STIPULATION REGARDING PERMANENT INJUNCTION AGAINST DEFENDANTS AND DISMISSAL WITH PREJUDICE OF THE ACTION (CASE NUMBER 2:15-cv-00594 JFW (AFMx))

Academy, restricted members-only seating at the Latin GRAMMY Awards ceremony of The Latin Recording Academy, and/or the following private pre- and post-ceremony events sponsored by or affiliated with The Recording Academy, The Latin Recording Academy, The GRAMMY Foundation and/or the MusiCares Foundation: The Recording Academy's official GRAMMY after-party, The Latin Recording Academy's official Latin GRAMMY after-party, the MusiCares Person of the Year event, the Clive Davis pre-GRAMMY Awards party (also known as the Pre-GRAMMY Gala), the Entertainment Law Initiative Luncheon, the Music Preservation Project event, GRAMMY Camp – Basic Training, the Special Merit Awards Ceremony & Nominees Reception, and restricted members-only seating at GRAMMY Salute or other GRAMMY-branded special events;

c. Advertising or publishing any offer to purchase, sell, transfer or broker, or to otherwise act as an intermediary, broker or middleman, relating to the purchase, sale or transfer of tickets, badges, credentials or anything entitling access to any future GRAMMY Awards ceremony of The Recording Academy, restricted members-only seating at the Latin GRAMMY Awards ceremony of The Latin Recording Academy, and/or the following private pre- and post-ceremony events sponsored by or affiliated with The Recording Academy, The Latin Recording Academy, The GRAMMY Foundation and/or the MusiCares Foundation: The Recording Academy's official GRAMMY after-party, The Latin Recording Academy's official Latin GRAMMY after-party, the MusiCares Person of the Year event, the Clive Davis pre-GRAMMY Awards

3

STIPULATION REGARDING PERMANENT INJUNCTION AGAINST DEFENDANTS AND DISMISSAL WITH PREJUDICE OF THE ACTION (CASE NUMBER 2:15-cv-00594 JFW (AFMx))

party (also known as the Pre-GRAMMY Gala), the Entertainment Law Initiative Luncheon, the Music Preservation Project event, GRAMMY Camp – Basic Training, the Special Merit Awards Ceremony & Nominees Reception, and restricted members-only seating at GRAMMY Salute or other GRAMMY-branded special events;

  d. Gaining or attempting to gain unauthorized access to any future GRAMMY Awards ceremony of The Recording Academy or restricted members-only seating at the Latin GRAMMY Awards ceremony of The Latin Recording Academy, and/or the following private pre- and post-ceremony events sponsored by or affiliated with The Recording Academy, The Latin Recording Academy, The GRAMMY Foundation and/or the MusiCares Foundation:  The Recording Academy's official GRAMMY after-party, The Latin Recording Academy's official Latin GRAMMY after-party, the MusiCares Person of the Year event, the Clive Davis pre-GRAMMY Awards party (also known as the Pre-GRAMMY Gala), the Entertainment Law Initiative Luncheon, the Music Preservation Project event, GRAMMY Camp – Basic Training, the Special Merit Awards Ceremony & Nominees Reception, and restricted members-only seating at GRAMMY Salute or other GRAMMY-branded special events;

  e. Participating in, aiding or facilitating, or attempting to participate in, aid or facilitate, any effort by any person to gain unauthorized access to any future GRAMMY Awards ceremony of The Recording Academy, restricted members-only seating at the Latin GRAMMY Awards ceremony of The Latin Recording Academy,

4

and/or the following private pre- and post-ceremony events sponsored by or affiliated with The Recording Academy, The Latin Recording Academy, The GRAMMY Foundation and/or the MusiCares Foundation: The Recording Academy's official GRAMMY after-party, The Latin Recording Academy's official Latin GRAMMY after-party, the MusiCares Person of the Year event, the Clive Davis pre-GRAMMY Awards party (also known as the Pre-GRAMMY Gala), the Entertainment Law Initiative Luncheon, the Music Preservation Project event, GRAMMY Camp – Basic Training, the Special Merit Awards Ceremony & Nominees Reception, and restricted members-only seating at GRAMMY Salute or other GRAMMY-branded special events;

f. Receiving any compensation, whether in money, in kind or otherwise, for any of the acts described in paragraphs (a) through (e) above;

g. Using or displaying for any purpose any registered mark, or any depiction, image, photograph, picture, illustration or other visual representation containing any registered mark, which is owned by The Recording Academy, The Latin Recording Academy and/or any of their respective affiliates, including without limitation The GRAMMY Foundation and/or the MusiCares Foundation, and which is specified (i) at ¶ 35 of the Complaint in this action (the MUSIC'S BIGGEST NIGHT mark); (ii) at ¶ 36 of the Complaint in this action (the Gramophone Logo, the registration of which is Exhibit G to the Complaint); and/or (iii) on Exhibit 1 attached to the [Proposed] Permanent Injunction Against Defendants and Dismissal With Prejudice; and

5

      h. Using or displaying for any purpose any copyright-protected material, or any depiction, image, photograph, picture, illustration or other visual representation containing any copyright-protected material, which is owned by The Recording Academy, The Latin Recording Academy and/or any of their respective affiliates, including without limitation The GRAMMY Foundation and/or the MusiCares Foundation, and which is specified (i) at ¶ 37 of the Complaint in this action (the Gramophone Logo); or (ii) at ¶ 39 of the Complaint in this action (the GRAMMY Photographs, which are Exhibits H, I, J, K, L and M to the Complaint).

2. For the avoidance of doubt and the purpose of clarification (and it being understood that Plaintiff reserves all rights with respect to the following activities), nothing contained herein shall prohibit Defendants (and/or any of Defendants' respective officers, agents, servants, employees, successors and assigns, or those acting in concert or participation with any such persons) from:

      a. Engaging in any of the acts described in paragraphs 1.a. through 1.f. above with respect to seating at the Latin GRAMMY Awards ceremony of The Latin Recording Academy, which The Latin Recording Academy offers for sale to the general public;

      b. Using or displaying the words "Latin GRAMMY Awards" to engage in the acts described in paragraph 2.a. above; and/or

      c. Engaging in any of the acts described in paragraphs 1.a. through 1.f. above with respect to events not enumerated therein.

## DISMISSAL WITH PREJUDICE

The Court shall dismiss the action, *with prejudice*, upon entry of the Permanent Injunction, with each party to bear its own costs and attorneys' fees.

6

STIPULATION REGARDING PERMANENT INJUNCTION AGAINST DEFENDANTS AND DISMISSAL WITH PREJUDICE OF THE ACTION (CASE NUMBER 2:15-cv-00594 JFW (AFMx))

RETENTION OF JURISDICTION

This Court shall retain jurisdiction of this matter for all purposes of construction, modification, and enforcement of this Order.

DATED: February 9, 2016            SO STIPULATED:

Sandra A. Crawshaw-Sparks
Jennifer L. Jones
Tracey Silver
PROSKAUER ROSE LLP


By:   /s/ Jennifer L. Jones
            Jennifer L. Jones

Attorneys for Plaintiff
National Academy of Recording Arts & Sciences, Inc.


Lawrence Segal
SEGAL LAW GROUP


By:   /s/ Lawrence Segal
            Lawrence Segal
Attorneys for Defendants
Hollywood Entertainment Group LLC d/b/a VIP Concierge, Inc. and Craig Banaszewski


E-FILING ATTESTATION

I, Jennifer L. Jones, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

   /s/ Jennifer L. Jones
         Jennifer L. Jones

7